| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RW / OMQ | 21273559 01/9991 | 1085215 | 7 1 of 1 | Earnings Statement | ADP |

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Period Starting:   10/23/2023
Period Ending:    11/08/2023
Pay Date:             11/15/2023

Taxable Marital Status:      Married
Exemptions/Allowances:         Tax Override:
    Federal:       1                Federal:
    State:         1                State:
    Local:         0                Local:
Social Security Number:     XXX-XX-XXXX

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6166.67 | 129167.39 |
| Sick | 8.00 | 0.00 | 0.00 | 0.00 |
| Bonus | | 0.00 | 2091.00 | 6837.00 |
| Misc pay | | 0.00 | 1707.60 | 13784.12 |
| **Gross Pay** | | | **$9,965.27** | **$149,788.51** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1502.21 | 18507.60 |
| Social Security | -598.15 | 8873.18 |
| Medicare | -139.89 | 2075.18 |
| Georgia State Income | -515.17 | 7479.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -298.95 | 4478.60 |
| ADP RS employee Roth | -498.26 | 7464.35 |
| *Medical pre-tax 1 | -266.81 | 5603.01 |
| *Dental pre-tax | -47.44 | 996.24 |
| *Vision pre-tax | -5.37 | 112.77 |
| ADP RS 401(k) loan 1 | -40.96 | 860.16 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 230.00 |
| **Net Pay** | **$6,052.06** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER SPONSORED | 313.88 | 6591.48 |
| GROUP TERM LIFE | 1.87 | 39.27 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0693 | XXXXXXXXX | 6052.06 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $9,346.70
* Excluded from Federal taxable wages

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Pay Date:    11/15/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0693 | XXXXXXXXX | 6052.06 |

THIS IS NOT A CHECK

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RW / OMQ | 21273559 01/9991 | 10894567 | 1 of 1 | | ADP |

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Period Starting: 11/09/2023
Period Ending: 11/22/2023
Pay Date: 11/30/2023

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:  1              Federal:
  State:    1              State:
  Local:    0              Local:
Social Security Number:   XXX-XX-XXXX

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6166.67 | 135334.06 |
| Bonus | | | 0.00 | 6837.00 |
| Misc pay | | 0.00 | 1138.40 | 14922.52 |
| **Gross Pay** | | | **$7,305.07** | **$157,093.58** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -922.46 | 19430.06 |
| Social Security | -433.21 | 9306.39 |
| Medicare | -101.31 | 2176.49 |
| Georgia State Income | -366.80 | 7846.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -219.15 | 4697.75 |
| ADP RS employee Roth | -365.25 | 7829.60 |
| *Medical pre-tax 1 | -266.81 | 5869.82 |
| *Dental pre-tax | -47.44 | 1043.68 |
| *Vision pre-tax | -5.37 | 118.14 |
| ADP RS 401(k) loan 1 | -40.96 | 901.12 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 230.00 |
| **Net Pay** | **$4,536.31** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER SPONSORED | 313.88 | 6905.36 |
| GROUP TERM LIFE | 1.87 | 41.14 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0693 | XXXXXXXX | 4536.31 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $6,766.30
* Excluded from Federal taxable wages

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Pay Date:   11/30/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0693 | XXXXXXXX | 4536.31 |

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RW / OMQ | 21273559 01/9991 | 1095013 | 1 of 1 | Earnings Statement | ADP |

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Period Starting: 11/23/2023
Period Ending: 12/08/2023
Pay Date: 12/15/2023

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:   1                  Federal:
  State:     1                  State:
  Local:     0                  Local:
Social Security Number:  XXX-XX-XXXX

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6166.67 | 141500.73 |
| Bonus | | 0.00 | 750.00 | 7587.00 |
| Misc pay | | 0.00 | 1138.40 | 16060.92 |
| **Gross Pay** | | | **$8,055.07** | **$165,148.65** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1082.51 | 20512.57 |
| Social Security | -479.71 | 9786.10 |
| Medicare | -112.20 | 2288.69 |
| Georgia State Income | -408.63 | 8255.03 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -241.65 | 4939.40 |
| ADP RS employee Roth | -402.75 | 8232.35 |
| *Medical pre-tax 1 | -266.81 | 6136.63 |
| *Dental pre-tax | -47.44 | 1091.12 |
| *Vision pre-tax | -5.37 | 123.51 |
| ADP RS 401(k) loan 1 | -40.96 | 942.08 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 230.00 |
| **Net Pay** | **$4,967.04** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER SPONSORED | 313.88 | 7219.24 |
| GROUP TERM LIFE | 1.87 | 43.01 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0693 | XXXXXXXXX | 4967.04 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $7,493.80
* Excluded from Federal taxable wages

---

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Pay Date:    12/15/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0693 | XXXXXXXXX | 4967.04 |

THIS IS NOT A CHECK

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RW / OMQ | 21273559 01/9991 | 1099450 | 1 of 1 | | ADP |

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Period Starting: 12/09/2023
Period Ending: 12/22/2023
Pay Date: 12/29/2023

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 1              Federal:
  State:   1              State:
  Local:   0              Local:
Social Security Number: XXX-XX-XXXX

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6166.67 | 147667.40 |
| Holiday | | 4.00 | 0.00 | 0.00 |
| Bonus | | | 0.00 | 7587.00 |
| Misc pay | | 0.00 | 1138.40 | 17199.32 |
| **Gross Pay** | | | **$7,305.07** | **$172,453.72** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER SPONSORED | 313.88 | 7533.12 |
| GROUP TERM LIFE | 1.87 | 44.88 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0693 | XXXXXXXXX | 4823.22 |

**Important Notes**

Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -922.46 | 21435.03 |
| Social Security | -146.30 | 9932.40 |
| Medicare | -101.31 | 2390.00 |
| Georgia State Income | -366.80 | 8621.83 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -219.15 | 5158.55 |
| ADP RS employee Roth | -365.25 | 8597.60 |
| *Medical pre-tax 1 | -266.81 | 6403.44 |
| *Dental pre-tax | -47.44 | 1138.56 |
| *Vision pre-tax | -5.37 | 128.88 |
| ADP RS 401(k) loan 1 | -40.96 | 983.04 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 230.00 |
| **Net Pay** | **$4,823.22** | |

Your federal taxable wages this period are $6,766.30
* Excluded from Federal taxable wages

---

Daffodil Pediatric & Family Medical
4905 Courtney Dr
Forest Park, GA 30297

Pay Date:    12/29/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0693 | XXXXXXXXX | 4823.22 |

THIS IS NOT A CHECK

Vaughnette Jones
804 Lincoln Crest Dr
Austell, GA 30106