**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24 – 50770 – PWB |
| | : | |
| VAUGHNETTE MICHELLE JONES, | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Mary Ida Townson, United States Trustee, Region 21, in the above-captioned case.

                                                                Respectfully submitted,

                                                                MARY IDA TOWNSON
                                                                UNITED STATES TRUSTEE
                                                                REGION 21

                                                              */s   David S. Weidenbaum*
                                                              DAVID S. WEIDENBAUM
                                                              Georgia Bar No. 745892
                                                              Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331 – 4705 [office]
(202) 329 – 2428 [cell]
david.s.weidenbaum@usdoj.gov