**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

VAUGHNETTE MICHELLE JONES

Debtor(s).

CHAPTER: 13
CASE NO.: 24-50770-pwb

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, the Creditor, World Omni Financial Corp. ("World Omni") and the firm of Tripp, Scott, P.A. *of Counsel* for the Creditor who files this Notice of Appearance and Request for BNC Notices and electronic copies of all pleadings filed in the above-styled case to be sent to: bankruptcy@trippscott.com.

Respectfully submitted,

Tripp Scott, PA
*H. Michael Solloa, Jr. Esquire*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
bankruptcy@trippscott.com
(954) 525-7500

 /s/ H. Michael Solloa, Jr. Esquire
H. Michael Solloa, Jr. Esquire
Florida Bar Number 37854

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re:

VAUGHNETTE MICHELLE JONES

Debtor(s).

CHAPTER: 13
CASE NO.: 24-50770-pwb

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Notice of Appearance and Request for Notice by depositing a copy of same in the United States Mail, postage prepaid, addressed as follows:

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA 30106

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097

Trustee
K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

On this 27th day of February, 2024,

 /s/ H. Michael Solloa, Jr. Esquire
H. Michael Solloa, Jr. Esquire
Florida Bar Number 37854