IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| VAUGHNETTE MICHELLE JONES : | CHAPTER 13 |
| : | CASE NO. 24-50770-PWB |
| Debtor. : | JUDGE PAUL W. BONAPFEL |
| : | |
| TRANSFORM CREDIT, INC. : | |
| : | |
| : | |
| Movant, : | |
| vs. : | |
| : | |
| VAUGHNETTE MICHELLE JONES : | |
| : | |
| and : | |
| : | |
| Roger Weaver : | |
| : | |
| Respondents. : | |

## MOTION FOR RELIEF FROM CO-DEBTOR STAY

COMES NOW, Transform Credit, Inc. ("Movant"), a party-in-interest in the above-styled Chapter 13 case, and files this Motion for Relief from Co-Debtor Stay, showing this Court the following:

1.

On January 23, 2024, Vaughnette Michelle Jones ("Debtor") filed a Petition under 11 U.S.C. Chapter 13 with this Court.

2.

Movant has an unsecured claim in the amount of $1,591.01 with interest accruing at 35.99 percent, based upon a Promissory Note and Personal Guarantee that was entered into with Movant on

September 15, 2022. Roger Weaver (the "Co-Debtor") is jointly obligated to Movant on the Promissory Note and Personal Guarantee. True and correct copies of the Promissory Note and Personal Guarantee are attached and incorporated as Exhibits A and B.

3.

The Debtor's Chapter 13 Plan fails to provide for post-petition interest, and as a result the bankruptcy plan does not repay the debt in full.  See *Southeastern Bank v. Brown*, 266 B.R. 900 (US District Court, S.D. Georgia, 2001) and *In re Hart*, 2013 WL 6175655, (M.D. Georgia, 2013).

4.

Relief from the Co-Debtor Stay is appropriate pursuant to 11 U.S.C. § 1301(c).

WHEREFORE, Movant prays that this Court:

(a) Grant Movant relief from the Co-Debtor Stay under 11 U.S.C. § 1301 so as to allow Movant to proceed with collection against the non-filing Co-Debtor;

(b) Waive any 14-day stay provision pursuant to Bankruptcy Rule 4001(a)(3); and

(c) Grant Movant such other and further relief as it deems just and proper under the circumstances.

          EVANS PETREE PC

By: /s/ Robert J. Fehse
    Robert J. Fehse
    Georgia State Bar No. 758817
    Attorneys for Transform Credit
    1715 Aaron Brenner Drive
    Suite 800
    Memphis, TN 38120
    (901) 271-0722
    rfehse@evanspetree.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:                          :
VAUGHNETTE MICHELLE JONES       :   CHAPTER 13
                                :   CASE NO. 24-50770-PWB
Debtor.                         :   JUDGE PAUL W. BONAPFEL
                                :
TRANSFORM CREDIT, INC.          :
                                :
                                :
              Movant,           :
vs.                             :
                                :
VAUGHNETTE MICHELLE JONES       :
                                :
and                             :
                                :
Roger Weaver                    :
```

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Transform Credit has filed a Motion for Relief from Co-Debtor Stay and related papers with the Court seeking an Order for relief from stay.

**PLEASE TAKE FURTHER NOTICE that Court will hold a hearing on the Motion for Relief from Automatic Stay at 10:15 a.m. on May 1, 2024 in Courtroom 1401 United States Courthouse, Bankruptcy Court, 75 Ted Turner, SW, Atlanta, Georgia 30303,** which may be attended in person of via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in

these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from the Co-Debtor Stay (the "Motion") cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: 3/29/2024                    /s/ Robert J. Fehse
                                    _____
                                    Robert J. Fehse, Esq.
                                    Counsel for Movant
                                    Georgia Bar #758817
                                    1715 Aaron Brenner Drive
                                    Suite 800
                                    (901) 271-0722

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 29th day of March, 2024, I electronically filed the foregoing Motion for Relief from Stay and Notice of Hearing with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

                        K. Edward Safir
                        Chapter 13 Trustee
     285 Peachtree Center Ave, NE, Suite 1600
                        Atlanta, GA  30303

                        Allen M Bearden
                        Bldg A, Suite 100
                        2280 Satellite Blvd
                        Duluth, GA 30097

    I further certify that on this day I caused a copy of this document to be served via the first-class United States mail, postage prepaid, on the following parties at the address shown for each:

                   Vaughnette Michelle Jones
                   804 Lincoln Crest Drive
                    Austell, GA  30106

                        Roger Weaver
                        2295 Nutt Road
                      Franklin, GA 30217


Dated: 3/29/2024

/s/ Robert J. Fehse

<u>Robert J. Fehse, Esq.</u>
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120