**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Vaughnette Michelle Jones**
804 Lincoln Crest Drive
Austell, GA 30106

**xxx−xx−6806**

Case No.: **24−50770−pwb**
Chapter: **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a *Debtor's 11 U.S.C. § 1328 certificate.* The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

May 1, 2024
Date

Vania S. Allen
Clerk of Court
U. S. Bankruptcy Court

Form 427

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-50770-pwb |
| Vaughnette Michelle Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: 427 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vaughnette Michelle Jones, 804 Lincoln Crest Drive, Austell, GA 30106-8227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 03, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen M Bearden | on behalf of Debtor Vaughnette Michelle Jones court@legalatlanta.com burrowlaw4812@gmail.com;burrowdr76543@notify.bestcase.com;Bearden.AllenR@notify.bestcase.com;allen.bearden@legalatlanta.com |
| David S. Weidenbaum | on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov |
| David Tyler Van Leuven | on behalf of Creditor Georgia's Own Credit Union bk@svllaw.com tyler@svllaw.com |
| H. Michael Solloa, Jr. | on behalf of Creditor World Omni Financial Corp. mxs@trippscott.com bankruptcy@trippscott.com |
| K. Edward Safir | info@atlch13tt.com |
| Michael F. Burrow | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: 427 | Total Noticed: 1 |

        on behalf of Debtor Vaughnette Michelle Jones court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Office of the United States Trustee
        ustpregion21.at.ecf@usdoj.gov

Robert J. Fehse
        on behalf of Creditor Transform Credit Inc. rfehse@evanspetree.com sbruce@evanspetree.com

TOTAL: 8