**IT IS ORDERED as set forth below:**



Date: May 7, 2024

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

IN RE:                            :
VAUGHNETTE MICHELLE JONES         :  CHAPTER 13
                                  :  CASE NO. 24-50770-PWB
        Debtor.                   :  JUDGE PAUL W. BONAPFEL
                                  :
TRANSFORM CREDIT, INC             :
                                  :
                                  :
                                  :
        Movant,                   :
vs.                               :
                                  :
VAUGHNETTE MICHELLE JONES         :
                                  :
        and                       :
                                  :
ROGER WEAVER                      :
                                  :
        Respondents.              :
```

ORDER

Transform Credit Inc. ("Transform"), a party in interest in the above-styled Chapter 13 case, previously filed a Motion for Relief from Co-Debtor Stay [Docket No. 18] on March 29,

2024 ("Motion"), with said Motion having been read and considered; and

IT APPEARING to this Court that no objection or response has been filed by the Co-Debtor, Roger Weaver, within the twenty (20) day period pursuant to 11 U.S.C. § 1301(d), and there was no opposition at the scheduled hearing;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.

That the Co-Debtor stay pursuant to 11 U.S.C. § 1301 is terminated.

2.

The fourteen (14) day stay provision pursuant to Bankruptcy Rule 4001 (a) (3) is waived.

**\*\*END OF DOCUMENT\*\***

PREPARED AND PRESENTED BY:

EVANS PETREE PC

By: /s/ Robert J. Fehse
Robert J. Fehse
Georgia State Bar No. 758817
Attorneys for Movant
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0722
rfehse@evanspetree.com

ORDER DISTRIBUTION LIST

Robert J. Fehse, Esq.
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave, NE, Suite 1600
Atlanta, GA  30303

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA 30106

Roger Weaver
2295 Nutt Road
Franklin, GA 30217