**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES, | ) | |
| | ) | CASE NO. 24-50770-PWB |
| Debtor. | ) | |

**NOTICE OF HEARING ON MOTION TO SUSPEND PLAN PAYMENTS**

**PLEASE TAKE NOTICE** that Vaughnette Michelle Jones has filed a Motion to Suspend Plan Payments (the "Motion") and related papers with the Court seeking an order suspending the Debtor's Chapter 13 plan payments.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:00 A.M.** on **August 14, 2024** in **Courtroom 1401**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 16th day of July, 2024.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Michael F. Burrow

Attorney for the Debtor
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES, ) | |
| ) | CASE NO. 24-50770-PWB |
| Debtor. ) | |

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Vaughnette Michelle Jones, by and through the attorney of record, and files this Motion to Suspend Plan Payments and shows the Court the following:

1.

This case was commenced by the Debtor with the filing of a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on January 23, 2024.

2.

The Debtor's Plan payments are currently $2,000.00 per month.

3.

The Debtor's vehicle, a 2020 Kia Sorento, is in need of substantial repairs at a cost of $2,014.00. An estimate for the repairs from Calavan KIA of West Atlatna is attached as Exhibit "A." In addition, the Debtor incurred medical expenses for her son in the amount of $4,571.95. A statement from Chalie Health for the medical expenses is attached as Exhibit "B."

4.

Based on the foregoing, the Debtor wishes to temporarily suspend the Chapter 13 plan payments from August 2024 through and including October 2024 to allow the Debtor to catch up financially. The Debtor will resume making Chapter 13 plan payments in November 2024.

5.

If the Motion is granted, Debtor will file amendments to ensure that the case will be completed within the statutorily defined period and pay to the unsecured creditors the percentage proposed in the confirmed Plan.

WHEREFORE, the Debtor respectfully prays for the following:

a) a hearing on this motion;

b) a temporary suspension of Debtor's Chapter 13 plan payments from August 2024 through and including October 2024;

c) that the Debtor be allowed to resume plan payments in November 2024; and

d) for any other relief that the Honorable Court deems just and proper.

This  16th  day of  July , 2024.

                                          Respectfully Submitted by,
                                          BURROW & ASSOCIATES, LLC

                                          _____/s/_____
                                          Michael F. Burrow
                                          Attorney for the Debtor
                                          Georgia Bar No. 317998
                                          2280 Satellite Blvd.
                                          Bldg. A, Suite 100
                                          Duluth, Georgia 30097
                                          (678) 942-8640
                                          bankruptcy@legalatlanta.com

# EXHIBIT "A"

## Repair Estimate

**Service Advisor**
Chad Moran (CM)
skylud3@gmail.com

**PREPARED FOR**
**VAUGHNETTE JONES-GUICE**
(404) 539-1685

**Date** 07/11/2024 03:52 PM
2020 Kia SORENTO
**VIN** 5XYPG4A58LG673807
**Mileage** 99,429
**RO#** 6195011

| Service Name | Price |
|---|---|
| [Primary]: DIAG1 - CUSTOMER REQUEST DIAGNOSIS ON CONCERN BELOW. NOTE DIAG FEE WILL BE APPLIED ON EACH CONCERN CUSTOMER REQUEST DIAGNOSIS ON CONCERN BELOW. OTHER DIAGNOSIS - C/S: SHE WAS ON THE HIGHWAY AND IT WENT FROM 75 MPH AND THEN DROPPED DOWN TO 20MPH . SHE THINKS IT SOUNDED LIKE IT WAS MISFIRING AND SHE COULDN'T ACCELERATE AT ALL. | $104.95 |
| [Primary]: MPI - MULTI POINT INSPECTION MULTI POINT INSPECTION KIA MULTI-POINT VEHICLE INSPECTION | $0.00 |
| *Cabin Air Filter Replacement: An air cabin filter is an important component in any vehicle's heating and cooling system. It helps protect the passengers from contaminants in the air they breathe. | $79.95 |
| *Engine Air Filter Replacement: An engine air filter is important because it helps to protect your engine from damage and wear. Without proper filtration, dirt and other contaminants can enter the engine and cause damage to the pistons, cylinders, and other components. A dirty air filter can also reduce engine performance and fuel economy. | $49.95 |
| *Brake Flush: Corrosion and rust can cause structural damage to your braking system, leading to costly repairs. Regular brake fluid service can prevent these deeper system issues from occurring. Brake fluid flushes are recommeneded every 30,000 miles or every 2 years, depending on your driving and braking patterns. | $169.95 |
| *Coolant Flush: A coolant flush is another name for radiator flush, a procedure to clean your vehicle's cooling system of sediment and rust. The coolant keeps your engine from overheating while running, and from freezing in cold weather when it's not running. The purpose of a radiator flush is to ensure that your coolant system protects your engine as efficiently as possible -- and to prevent corrosion in metal engine parts from rust and other contaminants. | $169.95 |
| [Other]: HIGH PRESSURE FUEL PUMP (W) | $0.00 |
| [Other]: FUEL PIPE, FROM PUMP TO FUEL RAIL, REQUIRED WHEN REPLACING PUMP (W) | $0.00 |
| Spark Plug Replacement 6 Cylinder: HAS AMAZON SPARK PLUGS, ENGINE NOT DESIGNED TO OPERATE ON THESE SPARK PLUGS. REC REPLACING TO ENSURE SKIPPING REPAIRED. | $692.87 |
| Ignition Coil Replacement: X2 IGNITION COILS. HAS 2 AFTERMARKET COILS THAT I CAN SEE. WILL NEED TO REPLACE WITH FACTORY. | $746.99 |
| Printed on July 11, 2024 | |
| Quote expires on August 10, 2024 | |

Subtotal $2014.60
**Total $2014.60**





**Calavan KIA of West Atlanta**
1301 Thornton Road
Lithia Springs, GA 30122

5713599497

EXHIBIT "B"



# charlie health

## PATIENT ACKNOWLEDGMENT OF FINANCIAL RESPONSIBILITY

Charlie Health and Vaughnette Jones ("Guarantor") mutually desire for Charlie Health to provide mental health treatment services to Charles Guice ("Client"), and for guarantor to be legally responsible for payment for those services as set forth herein, and thus enter into this Charlie Health Financial Agreement ("Agreement').

**Client's Insurance Information**

| | |
|---|---|
| Name of Insurance Payor | Optum / UHC (Commercial) |
| Policy ID # | 60564744001 |
| Does client have a secondary insurance policy? | No |

☒

Charlie Health estimates cost shares based on your insurance's quote of benefits. Final determination of coverage will be made at time of claims processing. Guarantor understands they are responsible for any patient responsibility associated with claims, and that any loss or change in coverage, including but not limited to a policy change, can lead to patient responsibility different than what is outlined in this agreement. Estimated patient financial responsibility for Mental Health/Substance Abuse Intensive Outpatient Treatment (group therapy) (described below):

> We have verified your insurance benefits and we are in-network with your insurance.
> Total estimated responsibility = $6571.95 based on a remaining deductible of $6571.75 and 0% responsibility once your deductible is met. Guarantor has been approved for a scholarship amount of $2000, leaving a net patient responsibility of $4571.95. Guarantor understands scholarship funds will not be applied until $4571.95 of patient responsibility has accrued. Guarantor understands hardship scholarship is contingent on insurance remaining active and payment plan remaining in good standing. Guarantor agrees to one of the following payment plans:

> We offer a number of payment options. Please select an option below that works best for you. By not selecting an option, you agree to 6 bi-weekly payments to begin upon admission. All payments will be put on auto-pay.

☐ I will pay 6 bi-weekly installments of **$761.99**

☐ I will pay monthly over 3 months in installments of **$1523.98**

For purposes hereof, "Charlie Health" means the behavioral health care facilities and providers affiliated with and/or managed by Charlie Health, Inc. All professional medical services are provided by licensed physicians and clinicians affiliated with independently owned and operated professional practices. For patients in California, professional medical services are provided by "CH Medical CA, P.C." For patients in New Jersey, professional medical services are provided by "CH Medical NJ, P.C." For patients in New York, professional medical services are provided by "CH Medical NY". For patients in all other states, professional medical services are provided by "Charlie Health Medical, P.A."

# charlie health



🔒 na1.conga-sign.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of July, 2024, I electronically filed the foregoing Motion to Suspend Plan Payments and Notice of Hearing with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which automatically sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir
Michael F. Burrow

      I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA  30106

All parties on the attached mailing matrix.

      This  16th  day of  July , 2024.

                                      Respectfully Submitted by,
                                      BURROW & ASSOCIATES, LLC

                                      _____/s/_____
                                      Michael F. Burrow
                                      Attorney for the Debtor
                                      Georgia Bar No. 317998
                                      2280 Satellite Blvd.
                                      Bldg. A, Suite 100
                                      Duluth, Georgia 30097
                                      (678) 942-8640
                                      bankruptcy@legalatlanta.com

```
Label Matrix for local noticing          Aidvantage                               Allen M Bearden
113E-1                                   Attn: Bankruptcy                         Burrow & Associates, LLC
Case 24-50770-pwb                        Po Box 9635                              Bldg A, Suite 100
Northern District of Georgia             Wiles-Barr, PA 18773-9635                2280 Satellite Blvd
Atlanta                                                                           Duluth, GA 30097-5000
Tue Jul 16 16:36:19 EDT 2024

Michael F. Burrow                        Connie L. Beardsley                      Credit Central
Burrow & Associates, LLC                 2295 Nutt Road                           700 E North St, Ste 15
Building A, Suite 100                    Franklin, GA 30217-4855                  Greenville, SC 29601-3013
2280 Satellite Blvd.
Duluth, GA 30097-5000

Esusu/fcps                               Robert J. Fehse                          First Investors Financial Dept
215 West 125th Street                    Evans Petree                             Attn: Bankruptcy
New York, NY 10027-4426                  Suite 800                                3065 Akers Mill Rd Se, Ste 700
                                         1715 Aaron Brenner Drive                 Atlanta, GA 30339-3124
                                         Memphis, TN 38120-1445

Forest Glen Apartment                    (p)GEORGIA DEPARTMENT OF REVENUE         Georgia's Own Credit Union
4236 Austell Rd                          COMPLIANCE DIVISION                      c/o D. Tyler Van Leuven, Esq.
Austell, GA 30106-8239                   ARCS BANKRUPTCY                          Post Office Box 3637
                                         1800 CENTURY BLVD NE SUITE 9100          Tallahassee, FL 32315-3637
                                         ATLANTA GA 30345-3202

Georgia's Own Credit Union               Green Funds Group Green Funds Express    Hollis Cobb
Post Office Box 3637                     PO BOX 1427                              6621 Bay Circle
Tallahassee, FL 32315-3637               Addison, IL 60101-8427                   Suite 180
                                                                                  Norcross, GA 30071-1218

Internal Revenue Service                 Vaughnette Michelle Jones                (p)LENDMARK FINANCIAL SERVICES
P.O. Box 7346                            804 Lincoln Crest Drive                  2118 USHER ST
Philadelphia, PA 19101-7346              Austell, GA 30106-8227                   COVINGTON GA 30014-2434

(p)MOHELA                                Office of the United States Trustee      OneMain Financial
CLAIMS DEPARTMENT                        362 Richard Russell Building             Attn: Bankruptcy
633 SPIRIT DRIVE                         75 Ted Turner Drive, SW                  Po Box 3251
CHESTERFIELD MO 63005-1243               Atlanta, GA 30303-3315                   Evansville, IN 47731-3251

Petland/Comenity Bank                    Phenix Fin                               Quantum3 Group LLC as agent for
Attn: Bankruptcy                         2430 E. 8th Street                       CASCADE CAPITAL FUNDING LLC
Po Box 182125                            Odessa, TX 79761-4902                    PO Box 788
Columbus, OH 43218-2125                                                           Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for          K. Edward Safir                          Shweta Maheshwari
Crown Asset Management LLC               Standing Chapter 13 Trustee              2600 Milscott Drive, Apt 1330
PO Box 788                               Suite 1600                               Decatur, GA 30033-6025
Kirkland, WA  98083-0788                 285 Peachtree Center Ave. NE
                                         Atlanta, GA 30303-1229

H. Michael Solloa Jr.                    Southeast Toyota Finance                 Springlf Fin
Tripp Scott, P.A.                        260 Interstate North Cir., SE            9365 The Landing Dr Ste E 400
110 SE 6th Street                        Atlanta, GA 30339-2210                   Douglasville, GA 30135-7139
15th Floor
Fort Lauderdale, FL 33301-5004
```

| | | |
|---|---|---|
| (p)SUNSET MANAGEMENT CO LLC<br>ATTN KRISTIN WILSON<br>510 MOUNTIAN VIEW DR<br>SUITE 500<br>SENECA SC 29672-2145 | Sunset Finance Of CA<br>Attn: Bankruptcy<br>510 Mountain View Dr, Ste 500<br>Seneca, SC 29672-2145 | (p)TRANSFORM CREDIT INC<br>1440 W TAYLOR ST<br># 431<br>CHICAGO IL 60607-4623 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | David Tyler Van Leuven<br>Sorenson Van Leuven, PLLC<br>PO Box 3637<br>Tallahassee, FL 32315-3637 | Walters Management<br>Attn: Bankruptcy<br>Po Box 2935<br>Gainesville, GA 30503-2935 |
| David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Wilkes Finance<br>999 Veterans Memorial Hwy SW<br>Mableton, GA 30126-3103 | Wilkes Finance<br>Attn: Bankruptcy<br>8542 Hospital Drive<br>Douglasville, GA 30134-2413 |
| Wilkes Finance Corp<br>Attn: Bankruptcy<br>6160 Fairburn Rd<br>Douglasville, GA 30134-1993 | World Finance Corp<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 | World Omni Financial Corp.<br>Attn: Bankruptcy<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 |
| World Omni Financial Corp.<br>c/o H. Michael Solloa, Jr., Esq.<br>Tripp Scott, P.A.<br>110 SE 6th Street.<br>Fort Lauderdale. FL. 33301-5000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century Blvd. NE, Suite 9100<br>Atlanta, GA 30345-3202 | Lendmark Financial Services<br>Attn: Bankruptcy<br>1735 North Brown Rd, Ste 300<br>Lawrenceville, OH 30043 | MOHELA<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005 |
| Sunset Finance Co., LLC.<br>Attn: Kristin Wilson<br>510 Mountain View Drive<br>Suite 500<br>Seneca, SC 29672 | Transform Credit Inc<br>1440 W TAYLOR ST<br>PMB 431<br>CHICAGO, IL 60607 | (d)Transform Credit Inc<br>Attn: Bankruptcy<br>332 S Michigan Ave, 9th Floor<br>Chicago, IL 60604 |
| (d)US Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Transform Credit Inc.

(u)World Omni Financial Corp.

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44