**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES, ) | |
| ) | CASE NO. 24-50770-PWB |
| Debtor. ) | |

**AMENDMENT TO SCHEDULES, SUMMARY OF SCHEDULES,**
**AND STATISTICAL SUMMARY**

COMES NOW, Vaughnette Michelle Jones, Debtor, by and through the attorney of record, and files this Amendment to Schedules, Summary of Schedules, and Statistical Summary, and shows the Court the following:

1. Amended Schedule D – to disclose a secured debt
2. Amended Schedule I - to update income figures;
3. Amended Schedule J - to update the expense figures;
4. Amended Summary of Schedules; and,
5. Amended Statistical Summary.

This  29th  day of  September , 2025.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Vaughnette Michelle Jones** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | **24-50770** | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **ePawn**<br>Creditor's Name<br><br>**6362 Fairburn Rd**<br>**Douglasville, GA 30134**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**Mother's jewelry used as collateral**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $556.25 | $500.00 | $556.25 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1  **Vaughnette Michelle Jones**  Case number (if known) **24-50770**
        First Name     Middle Name     Last Name

| 2.2 | **Georgia's Own Credit Union** | Describe the property that secures the claim: | $19,780.00 | $18,575.00 | $1,205.00 |

Creditor's Name

2020 Kia Sorento 90000 miles

**Attn: Bankruptcy
Po Box 105205
Atlanta, GA 30348**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 02/22  Last Active 10/23**   Last 4 digits of account number **5372**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$20,336.25**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$20,336.25**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Vaughnette Michelle Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 24-50770 |

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Physician | |
| Employer's name | Daffodil Pediatrics & Family Medical | |
| Employer's address | 4905 Courtney Drive<br>Forest Park, GA 30297 | |
| How long employed there? | 5 years | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 14,084.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | $ 14,084.00 | $ N/A |

Official Form 106I                                   Schedule I: Your Income                                       page 1

Debtor 1  **Vaughnette Michelle Jones**                                         Case number (*if known*)  **24-50770**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 14,084.00 | $ N/A |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 3,961.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 1,127.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 477.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 5,565.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 8,519.00 | $ N/A |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,519.00 + $ N/A = | $ 8,519.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ | 8,519.00 |
|  |  |  |  | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

   ■ No.
   ☐ Yes. Explain: _____

Official Form 106I                                Schedule I: Your Income                                page 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vaughnette Michelle Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 24-50770 |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses                                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
    　　☐ No
    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ 1,779.00

    If not included in line 4:

    4a.    Real estate taxes    4a. $ 0.00
    4b.    Property, homeowner's, or renter's insurance    4b. $ 25.00
    4c.    Home maintenance, repair, and upkeep expenses    4c. $ 75.00
    4d.    Homeowner's association or condominium dues    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Official Form 106J                        Schedule J: Your Expenses                        page 1

| Debtor 1 | **Vaughnette Michelle Jones** | Case number (if known) | **24-50770** |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **450.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **125.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **250.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **530.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **150.00**
10. **Personal care products and services** — 10. $ **200.00**
11. **Medical and dental expenses** — 11. $ **310.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **815.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **350.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: **Dues License course** — 17c. $ **200.00**
    - 17d. Other. Specify: **DEA license** — 17d. $ **28.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **5,287.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **5,287.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **8,519.00**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **5,287.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ **3,232.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here:

Official Form 106J      **Schedule J: Your Expenses**      page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Vaughnette Michelle Jones** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number <br> (if known) | 24-50770 |

■ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets** <br> Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................... $ **0.00**
   1b. Copy line 62, Total personal property, from Schedule A/B...................................... $ **47,025.00**
   1c. Copy line 63, Total of all property on Schedule A/B................................................ $ **47,025.00**

### Part 2:  Summarize Your Liabilities

**Your liabilities** <br> Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $ **20,336.25**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................... $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............... $ **72,162.00**

   **Your total liabilities**  $ **92,498.25**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I) <br>
   Copy your combined monthly income from line 12 of *Schedule I*................................................... $ **8,519.00**

5. *Schedule J: Your Expenses* (Official Form 106J) <br>
   Copy your monthly expenses from line 22c of *Schedule J*........................................................... $ **5,287.00**

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum      Summary of Your Assets and Liabilities and Certain Statistical Information      page 1 of 2

Debtor 1  **Vaughnette Michelle Jones**  Case number *(if known)* **24-50770**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **15,398.41**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 37,230.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 37,230.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I, Vaughnette Michelle Jones, being of legal age do hereby verify and state that all of the information set forth in the foregoing amendment/pleading is true and correct to the best of my knowledge, information and belief.

This  27th  day of  September , 2025.

/s/
VAUGHNETTE MICHELLE JONES

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day served the within and foregoing Amendment to Schedules, Summary of Schedules, and Statistical Summary by depositing same in the United States mail, properly addressed as follows:

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA  30106

All parties on attached matrix

A copy of this Amendment, the Notice of Bankruptcy Filing, and a copy of the Chapter 13 plan have been mailed to all creditors on the attached Supplemental Mailing Matrix

      This  29th  day of  September , 2025.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

```
Label Matrix for local noticing          Aidvantage                              Allen M Bearden
113E-1                                   Attn: Bankruptcy                        Burrow & Associates, LLC
Case 24-50770-pwb                        Po Box 9635                             Bldg A, Suite 100
Northern District of Georgia             Wiles-Barr, PA 18773-9635               2280 Satellite Blvd
Atlanta                                                                          Duluth, GA 30097-5000
Mon Sep 29 06:49:37 EDT 2025

Connie L. Beardsley                      Michael F. Burrow                       Connie L. Beardsley
Unit 55                                  Burrow & Associates, LLC                129 Holiday Rd.
129 Holiday Rd                           Building A, Suite 100                   Unit 55
Buford, GA 30518-1658                    2280 Satellite Blvd.                    Buford, GA 30518-1658
                                         Duluth, GA 30097-5000


Credit Central                           Esusu/fcps                              Robert J. Fehse
700 E North St, Ste 15                   215 West 125th Street                   Evans Petree
Greenville, SC 29601-3013                New York, NY 10027-4426                 Suite 800
                                                                                 1715 Aaron Brenner Drive
                                                                                 Memphis, TN 38120-1445


First Investors Financial Dept           Forest Glen Apartment                   (p)GEORGIA DEPARTMENT OF REVENUE
Attn: Bankruptcy                         4236 Austell Rd                         BANKRUPTCY
3065 Akers Mill Rd Se, Ste 700           Austell, GA 30106-8239                  2595 CENTURY PKWY NE SUITE 339
Atlanta, GA 30339-3124                                                           ATLANTA GA 30345-3173


Georgia's Own Credit Union               Georgia's Own Credit Union              Green Funds Group Green Funds Express
c/o D. Tyler Van Leuven, Esq.            Post Office Box 3637                    PO BOX 1427
Post Office Box 3637                     Tallahassee, FL 32315-3637              Addison, IL 60101-8427
Tallahassee, FL 32315-3637


Hollis Cobb                              Internal Revenue Service                Vaughnette Michelle Jones
6621 Bay Circle                          P.O. Box 7346                           804 Lincoln Crest Drive
Suite 180                                Philadelphia, PA 19101-7346             Austell, GA 30106-8227
Norcross, GA 30071-1218


(p)LENDMARK FINANCIAL SERVICES           (p)MOHELA                               Shweta Maheshwari
2118 USHER ST                            CLAIMS DEPARTMENT                       2600 Milscott Drive, Apt. 1330
COVINGTON GA 30014-2434                  633 SPIRIT DRIVE                        Decatur, GA 30033-6025
                                         CHESTERFIELD MO 63005-1243


Office of the United States Trustee      OneMain Financial                       Petland/Comenity Bank
362 Richard Russell Building             Attn: Bankruptcy                        Attn: Bankruptcy
75 Ted Turner Drive, SW                  Po Box 3251                             Po Box 182125
Atlanta, GA 30303-3315                   Evansville, IN 47731-3251               Columbus, OH 43218-2125


Phenix Fin                               Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for
2430 E. 8th Street                       CASCADE CAPITAL FUNDING LLC             Crown Asset Management LLC
Odessa, TX 79761-4902                    PO Box 788                              PO Box 788
                                         Kirkland, WA  98083-0788                Kirkland, WA  98083-0788


K. Edward Safir                          Robert D. Schwartz                      H. Michael Solloa Jr.
Standing Chapter 13 Trustee              Robert D. Schwartz                      Tripp Scott, P.A.
Suite 1600                               P O Box 160100                          110 SE 6th Street
285 Peachtree Center Ave. NE             Atlanta, GA 30316-1002                  15th Floor
Atlanta, GA 30303-1229                                                           Fort Lauderdale, FL 33301-5004
```

```
Southeast Toyota Finance          Springlf Fin                       (p)SUNSET MANAGEMENT CO LLC
260 Interstate North Cir., SE     9365 The Landing Dr Ste E 400      ATTN KRISTIN WILSON
Atlanta, GA 30339-2210            Douglasville, GA 30135-7139        510 MOUNTIAN VIEW DR
                                                                     SUITE 500
                                                                     SENECA SC 29672-2145


Sunset Finance Of CA              (p)TRANSFORM CREDIT INC            United States Attorney
Attn: Bankruptcy                  1440 W TAYLOR ST                   Northern District of Georgia
510 Mountain View Dr, Ste 500     # 431                              75 Ted Turner Drive SW, Suite 600
Seneca, SC 29672-2145             CHICAGO IL 60607-4623              Atlanta GA 30303-3309


David Tyler Van Leuven            Walters Management                 David S. Weidenbaum
Sorenson Van Leuven, PLLC         Attn: Bankruptcy                   Office of the U.S. Trustee
PO Box 3637                       Po Box 2935                        362 Richard B. Russell Bldg.
Tallahassee, FL 32315-3637        Gainesville, GA 30503-2935         75 Ted Turner Drive, SW
                                                                     Atlanta, GA 30303-3330


Wilkes Finance                    Wilkes Finance                     Wilkes Finance Corp
999 Veterans Memorial Hwy SW      Attn: Bankruptcy                   Attn: Bankruptcy
Mableton, GA 30126-3103           8542 Hospital Drive                6160 Fairburn Rd
                                  Douglasville, GA 30134-2413        Douglasville, GA 30134-1993


World Finance Corp                World Omni Financial Corp.         World Omni Financial Corp.
Attn: Bankruptcy                  Attn: Bankruptcy                   c/o H. Michael Solloa, Jr., Esq.
Po Box 6429                       6150 Omni Park Drive               Tripp Scott, P.A.
Greenville, SC 29606-6429         Mobile, AL 36609-5195              110 SE 6th Street.
                                                                     Fort Lauderdale. FL. 33301-5000
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue     Lendmark Financial Services        MOHELA
Compliance Division               Attn: Bankruptcy                   Attn: Bankruptcy
ARCS Bankruptcy                   1735 North Brown Rd, Ste 300       633 Spirit Dr
1800 Century Blvd. NE, Suite 9100 Lawrenceville, OH 30043            Chesterfield, MO 63005
Atlanta, GA 30345-3202


Sunset Finance Co., LLC.          Transform Credit Inc               (d)Transform Credit Inc
Attn: Kristin Wilson              1440 W TAYLOR ST                   Attn: Bankruptcy
510 Mountain View Drive           PMB 431                            332 S Michigan Ave, 9th Floor
Suite 500                         CHICAGO, IL 60607                  Chicago, IL 60604
Seneca, SC 29672


(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Shweta Maheshwari                      (u)Transform Credit Inc.            (u)World Omni Financial Corp.
2600 Milscott Drive, Apt 1330
Decatur, GA 30033-6025




End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47
```

SUPPLEMENTAL MAILING MATRIX

ePawn
6362 Fairburn Rd
Douglasville, GA 30134