**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES, | ) | |
| | ) | CASE NO. 24-50770-PWB |
| Debtor. | ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR ITS APPROVAL**

Vaughnette Michelle Jones, Debtor, proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Vaughnette Michelle Jones, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on May 1, 2024, as follows:

Section 2.1 of the Chapter 13 Plan is modified such that the ongoing payment is $3,232.00 per month.

Section 3.3 of the Chapter 13 Plan is modified such that the creditor ePawn is added for a claim amount of $556.25 paid at 9.5% (adequate protection payment $6.00, monthly post-confirmation payment of $13.00 stepping to $57.00 in June of 2024).

This  29th  day of  September , 2025.

                                                Respectfully Submitted by,
                                                BURROW & ASSOCIATES, LLC

                                                _____/s/_____
                                                Kevin Grindlay
                                                Attorney for the Debtor
                                                Georgia Bar No. 350009
                                                2280 Satellite Blvd.
                                                Bldg. A, Suite 100
                                                Duluth, Georgia 30097
                                                (678) 942-8640
                                                bankruptcy@legalatlanta.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Vaughnette Michelle Jones, being of legal age do hereby verify and state that all of the information set forth in the foregoing amendment/pleading is true and correct to the best of my knowledge, information and belief.

This  27th  day of  September , 2025.

                                                    /s/
                                    VAUGHNETTE MICHELLE JONES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES | ) | |
| | ) | CASE NO. 24-50770-PWB |
| Debtor. | ) | |

**NOTICE OF HEARING ON POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL**

**PLEASE TAKE NOTICE** that Vaughnette Michelle Jones has filed a Post-Confirmation Modification of Plan and Request for its Approval and related papers with the Court seeking an order modifying the confirmed Chapter 13 plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion at 9:50 A.M. on November 5, 2025, in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta Georgia 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate of service stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This  29th  day of  September , 2025.

/s/
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Post-Confirmation Modification of Plan and Request for its Approval and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.  I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage pre-paid, addressed to the following recipients not participating in the CM/ECF system as follows:

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA  30106

ePawn
6362 Fairburn Rd
Douglasville, GA 30134

All creditors on the attached mailing matrix.

This  29th  day of  September , 2025.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 24-50770-pwb<br>Northern District of Georgia<br>Atlanta<br>Mon Sep 29 06:49:37 EDT 2025 | Aidvantage<br>Attn: Bankruptcy<br>Po Box 9635<br>Wiles-Barr, PA 18773-9635 | Allen M Bearden<br>Burrow & Associates, LLC<br>Bldg A, Suite 100<br>2280 Satellite Blvd<br>Duluth, GA 30097-5000 |
| Connie L. Beardsley<br>Unit 55<br>129 Holiday Rd<br>Buford, GA 30518-1658 | Michael F. Burrow<br>Burrow & Associates, LLC<br>Building A, Suite 100<br>2280 Satellite Blvd.<br>Duluth, GA 30097-5000 | Connie L. Beardsley<br>129 Holiday Rd.<br>Unit 55<br>Buford, GA 30518-1658 |
| Credit Central<br>700 E North St, Ste 15<br>Greenville, SC 29601-3013 | Esusu/fcps<br>215 West 125th Street<br>New York, NY 10027-4426 | Robert J. Fehse<br>Evans Petree<br>Suite 800<br>1715 Aaron Brenner Drive<br>Memphis, TN 38120-1445 |
| First Investors Financial Dept<br>Attn: Bankruptcy<br>3065 Akers Mill Rd Se, Ste 700<br>Atlanta, GA 30339-3124 | Forest Glen Apartment<br>4236 Austell Rd<br>Austell, GA 30106-8239 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| Georgia's Own Credit Union<br>c/o D. Tyler Van Leuven, Esq.<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Georgia's Own Credit Union<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Green Funds Group Green Funds Express<br>PO BOX 1427<br>Addison, IL 60101-8427 |
| Hollis Cobb<br>6621 Bay Circle<br>Suite 180<br>Norcross, GA 30071-1218 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Vaughnette Michelle Jones<br>804 Lincoln Crest Drive<br>Austell, GA 30106-8227 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Shweta Maheshwari<br>2600 Milscott Drive, Apt. 1330<br>Decatur, GA 30033-6025 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Petland/Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Phenix Fin<br>2430 E. 8th Street<br>Odessa, TX 79761-4902 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | Robert D. Schwartz<br>Robert D. Schwartz<br>P O Box 160100<br>Atlanta, GA 30316-1002 | H. Michael Solloa Jr.<br>Tripp Scott, P.A.<br>110 SE 6th Street<br>15th Floor<br>Fort Lauderdale, FL 33301-5004 |

| | | |
|---|---|---|
| Southeast Toyota Finance<br>260 Interstate North Cir., SE<br>Atlanta, GA 30339-2210 | Springleaf Fin<br>9365 The Landing Dr Ste E 400<br>Douglasville, GA 30135-7139 | (p)SUNSET MANAGEMENT CO LLC<br>ATTN KRISTIN WILSON<br>510 MOUNTIAN VIEW DR<br>SUITE 500<br>SENECA SC 29672-2145 |
| Sunset Finance Of CA<br>Attn: Bankruptcy<br>510 Mountain View Dr, Ste 500<br>Seneca, SC 29672-2145 | (p)TRANSFORM CREDIT INC<br>1440 W TAYLOR ST<br># 431<br>CHICAGO IL 60607-4623 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| David Tyler Van Leuven<br>Sorenson Van Leuven, PLLC<br>PO Box 3637<br>Tallahassee, FL 32315-3637 | Walters Management<br>Attn: Bankruptcy<br>Po Box 2935<br>Gainesville, GA 30503-2935 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| Wilkes Finance<br>999 Veterans Memorial Hwy SW<br>Mableton, GA 30126-3103 | Wilkes Finance<br>Attn: Bankruptcy<br>8542 Hospital Drive<br>Douglasville, GA 30134-2413 | Wilkes Finance Corp<br>Attn: Bankruptcy<br>6160 Fairburn Rd<br>Douglasville, GA 30134-1993 |
| World Finance Corp<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 | World Omni Financial Corp.<br>Attn: Bankruptcy<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 | World Omni Financial Corp.<br>c/o H. Michael Solloa, Jr., Esq.<br>Tripp Scott, P.A.<br>110 SE 6th Street.<br>Fort Lauderdale. FL. 33301-5000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century Blvd. NE, Suite 9100<br>Atlanta, GA 30345-3202 | Lendmark Financial Services<br>Attn: Bankruptcy<br>1735 North Brown Rd, Ste 300<br>Lawrenceville, OH 30043 | MOHELA<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005 |
| Sunset Finance Co., LLC.<br>Attn: Kristin Wilson<br>510 Mountain View Drive<br>Suite 500<br>Seneca, SC 29672 | Transform Credit Inc<br>1440 W TAYLOR ST<br>PMB 431<br>CHICAGO, IL 60607 | (d)Transform Credit Inc<br>Attn: Bankruptcy<br>332 S Michigan Ave, 9th Floor<br>Chicago, IL 60604 |
| (d)US Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Shweta Maheshwari                     (u)Transform Credit Inc.                (u)World Omni Financial Corp.
2600 Milscott Drive, Apt 1330
Decatur, GA 30033-6025



End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47
```