**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| VAUGHNETTE MICHELLE JONES, | ) | |
| | ) | CASE NO. 24-50770-PWB |
| Debtor. | ) | |

**WITHDRAWAL OF DEBTOR'S OBJECTION TO PROOF OF CLAIM OF US DEPARTMENT OF EDUCATION/MOHELA (CLAIM NO. 11)**

COMES NOW, Vaughnette Michelle Jones, Debtor, by and through the attorney of record, and withdraws the Objection To Proof Of Claim Of Us Department Of Education/Mohela (Claim No. 11), Docket No 41, filed on September 29, 2025.

This  1st  day of  November , 2025.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC.

/s/
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have this day served the within and foregoing Withdrawal of Debtor's Objection to Proof of Claim by depositing same in the United States mail, properly addressed as follows:

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Vaughnette Michelle Jones
804 Lincoln Crest Drive
Austell, GA  30106

US Department Of Education/MOHELA
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO  63005

MOHELA
Attn: Nicole Guernsey, Loan Servicing Specialist
633 Spirit Drive
Chesterfield, MO 63005

Georgia Department of Education
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334-5001

United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA  30303-3309

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

ePawn
6362 Fairburn Rd
Douglasville, GA 30134

All parties on the attached mailing matrix.

This  1st  day of  November , 2025.

                                                   Respectfully Submitted by,
                                                   BURROW & ASSOCIATES, LLC

                                                   _____/s/_____
                                                 Kevin Grindlay
                                                 Attorney for the Debtor
                                                 Georgia Bar No. 350009
                                                 2280 Satellite Blvd., Bldg. A, Suite 100
                                                 Duluth, Georgia 30097
                                                 (678) 942-8640
                                                 bankruptcy@legalatlanta.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 24-50770-pwb<br>Northern District of Georgia<br>Atlanta<br>Sat Nov  1 19:15:54 EDT 2025 | Aidvantage<br>Attn: Bankruptcy<br>Po Box 9635<br>Wiles-Barr, PA 18773-9635 | Allen M Bearden<br>Burrow & Associates, LLC<br>Bldg A, Suite 100<br>2280 Satellite Blvd<br>Duluth, GA 30097-5000 |
| Connie L. Beardsley<br>Unit 55<br>129 Holiday Rd<br>Buford, GA 30518-1658 | Michael F. Burrow<br>Burrow & Associates, LLC<br>Building A, Suite 100<br>2280 Satellite Blvd.<br>Duluth, GA 30097-5000 | Connie L. Beardsley<br>129 Holiday Rd.<br>Unit 55<br>Buford, GA 30518-1658 |
| Credit Central<br>700 E North St, Ste 15<br>Greenville, SC 29601-3013 | Esusu/fcps<br>215 West 125th Street<br>New York, NY 10027-4426 | Robert J. Fehse<br>Evans Petree<br>Suite 800<br>1715 Aaron Brenner Drive<br>Memphis, TN 38120-1445 |
| First Investors Financial Dept<br>Attn: Bankruptcy<br>3065 Akers Mill Rd Se, Ste 700<br>Atlanta, GA 30339-3124 | Forest Glen Apartment<br>4236 Austell Rd<br>Austell, GA 30106-8239 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| Georgia's Own Credit Union<br>c/o D. Tyler Van Leuven, Esq.<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Georgia's Own Credit Union<br>Post Office Box 3637<br>Tallahassee, FL 32315-3637 | Green Funds Group Green Funds Express<br>PO BOX 1427<br>Addison, IL 60101-8427 |
| Kevin Grindlay<br>Burrow & Associates, LLC<br>Bldg. A Suite 100<br>2280 Satellite Blvd<br>Duluth, GA 30097-5000 | Hollis Cobb<br>6621 Bay Circle<br>Suite 180<br>Norcross, GA 30071-1218 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Vaughnette Michelle Jones<br>804 Lincoln Crest Drive<br>Austell, GA 30106-8227 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| Shweta Maheshwari<br>2600 Milscott Drive, Apt. 1330<br>Decatur, GA 30033-6025 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| Petland/Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Phenix Fin<br>2430 E. 8th Street<br>Odessa, TX 79761-4902 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | Robert D. Schwartz<br>Robert D. Schwartz<br>P O Box 160100<br>Atlanta, GA 30316-1002 |

```
H. Michael Solloa Jr.                Southeast Toyota Finance            Springlf Fin
Tripp Scott, P.A.                    260 Interstate North Cir., SE       9365 The Landing Dr Ste E 400
110 SE 6th Street                    Atlanta, GA 30339-2210              Douglasville, GA 30135-7139
15th Floor
Fort Lauderdale, FL 33301-5004


(p)SUNSET MANAGEMENT CO LLC          Sunset Finance Of CA                (p)TRANSFORM CREDIT INC
ATTN KRISTIN WILSON                  Attn: Bankruptcy                    1440 W TAYLOR ST
510 MOUNTIAN VIEW DR                 510 Mountain View Dr, Ste 500       # 431
SUITE 500                            Seneca, SC 29672-2145               CHICAGO IL 60607-4623
SENECA SC 29672-2145


United States Attorney               David Tyler Van Leuven              Walters Management
Northern District of Georgia         Sorenson Van Leuven, PLLC           Attn: Bankruptcy
75 Ted Turner Drive SW, Suite 600    PO Box 3637                         Po Box 2935
Atlanta GA 30303-3309                Tallahassee, FL 32315-3637          Gainesville, GA 30503-2935


David S. Weidenbaum                  Wilkes Finance                      Wilkes Finance
Office of the U.S. Trustee           999 Veterans Memorial Hwy SW        Attn: Bankruptcy
362 Richard B. Russell Bldg.         Mableton, GA 30126-3103             8542 Hospital Drive
75 Ted Turner Drive, SW                                                  Douglasville, GA 30134-2413
Atlanta, GA 30303-3330


Wilkes Finance Corp                  World Finance Corp                  World Omni Financial Corp.
Attn: Bankruptcy                     Attn: Bankruptcy                    Attn: Bankruptcy
6160 Fairburn Rd                     Po Box 6429                         6150 Omni Park Drive
Douglasville, GA 30134-1993          Greenville, SC 29606-6429           Mobile, AL 36609-5195


World Omni Financial Corp.           ePawn
c/o H. Michael Solloa, Jr., Esq.     6362 Fairburn Rd
Tripp Scott, P.A.                    Douglasville, GA 30134-6907
110 SE 6th Street.
Fort Lauderdale. FL. 33301-5000
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue        Lendmark Financial Services         MOHELA
Compliance Division                  Attn: Bankruptcy                    Attn: Bankruptcy
ARCS Bankruptcy                      1735 North Brown Rd, Ste 300        633 Spirit Dr
1800 Century Blvd. NE, Suite 9100    Lawrenceville, OH 30043             Chesterfield, MO 63005
Atlanta, GA 30345-3202


Sunset Finance Co., LLC.             Transform Credit Inc                (d)Transform Credit Inc
Attn: Kristin Wilson                 1440 W TAYLOR ST                    Attn: Bankruptcy
510 Mountain View Drive              PMB 431                             332 S Michigan Ave, 9th Floor
Suite 500                            CHICAGO, IL 60607                   Chicago, IL 60604
Seneca, SC 29672


(d)US Department of Education/MOHELA (d)US Department of Education/MOHELA
633 Spirit Dr.                       633 Spirit Drive
Chesterfield, MO 63005               Chesterfield, MO 63005
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Shweta Maheshwari  
2600 Milscott Drive, Apt 1330  
Decatur, GA 30033-6025

(u)Transform Credit Inc.

(u)World Omni Financial Corp.

End of Label Matrix  
Mailable recipients    46  
Bypassed recipients     3  
Total                  49