**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

| | |
|---|---|
| In Re: Debtor(s)<br>**Vaughnette Michelle Jones**<br>804 Lincoln Crest Drive<br>Austell, GA 30106<br><br>**xxx−xx−6806** | Case No.: **24−50770−pwb**<br>Chapter: **13**<br>Judge: **Paul W. Bonapfel** |

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:  November 6, 2025

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a