

**IT IS ORDERED as set forth below:**

Date: November 10, 2025

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE: A24-50770-PWB |
| VAUGHNETTE MICHELLE JONES | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtor | |

### ORDER DENYING MOTION TO DISMISS HELD ON NOVEMBER 05, 2025

The above-styled matter having come before the Court, and it appearing to the Court that an agreement was made at the call of the Court's calendar to a payment arrangement on a strict compliance basis, it is hereby

ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Trustee, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis.  It is further

ORDERED, that should a default occur with any of the above-stated terms the Trustee may file a Supplemental Report recommending dismissal and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional

notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                           CASE: A24-50770-PWB

VAUGHNETTE MICHELLE JONES         CHAPTER 13

                                                                     JUDGE PAUL W. BONAPFEL

Debtor

**<u>DISTRIBUTION LIST</u>**

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

BURROW & ASSOCIATES, LLC
2280 SATELLITE BLVD., BLDG. A, SUITE 100
DULUTH, GA 300970000

VAUGHNETTE MICHELLE JONES
804 LINCOLN CREST DRIVE
AUSTELL, GA 30106