**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

# REQUEST FOR
# CHANGE OF ADDRESS

CASE NAME:  Vaughnette Michelle Jones

CASE NO. 24-50770            JUDGE   Paul W. Bonapfel            CHAPTER 13

CHANGE FOR

DEBTOR   __X__      CREDITOR _____   ATTORNEY _____   (for)  Debtor _____
                                                               Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:            IMMEDIATELY UPON FILING

BAR I.D. NUMBER:                              317998

NAME:                              Vaughnette Michelle Jones
                                           (Please Print)

OLD ADDRESS:                       804 Lincoln Crest Drive


                                   Austell, GA    30106




                                        (Telephone Number)

*************************************************************

NAME:                              Vaughnette Michelle Jones

NEW ADDRESS:                       1851 Market

                                   Douglasville, GA 30135



THIS CHANGE OF ADDRESS WAS FURNISHED BY:       /s/ Michael F. Burrow

DATE:                              May 12, 2026

F6 5 (change.add) 0 5/0 2

F6 5 (change.add) 0 5/0 2